# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
___

| | |
|---|---|
| KAPAK COMPANY, LLC, | Civil No. 09-0934 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| THE J.M. SMUCKER COMPANY, *et al.*, | |
| Defendants. | |

___

Christopher Sorenson, Daniel McDonald, and Elizabeth Zidones, **MERCHANT & GOULD PC**, 80 South Eighth Street, Suite 3200, Minneapolis, MN 55402, for plaintiff.

Pursuant to the Plaintiff's Notice of Dismissal filed on September 9, 2009 [Docket No. 12],

**IT IS HEREBY ORDERED** that with respect to the Complaint filed on April 22, 2009 the claims asserted against Defendants The Hain Celestial Group, Inc. and Celestial Seasonings, Inc. are hereby **DISMISSED, WITH PREJUDICE** and on the merits, but without costs or disbursements to any party hereto.

Judgment may be entered accordingly.


DATED: September 9, 2009
at Minneapolis, Minnesota.

                                                   s/John R. Tunheim
                                                   JOHN R. TUNHEIM
                                                  United States District Judge